**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, Cal. State Bar No. 152732
P.O. Box 365
Wheaton, Illinois 60187
Telephone: (858) 220-9601
Email: sfagan@sfaganlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY HALL,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE WOODS APARTMENTS, INC., a Delaware Corporation, d.b.a., ALPINE WOODS APARTMENTS, PACIFIC WESTERN CORPORATION, a Delaware Corporation, d.b.a., PROPERTY SERVICES,<br><br>    Defendants. | No. 3:23-cv-00323-AGS-AHB<br><br>NOTICE OF SETTLEMENT |

**NOTICE IS HEREBY GIVEN** that the parties in the above-entitled matter have reached a settlement. As such, the parties request that they be permitted 45 days within which to finalize the settlement documentation and to file a stipulation for dismissal of the complaint.

Dated: May 8, 2023

LAW OFFICES OF
STUART E. FAGAN

By: _____
     Stuart E. Fagan
Attorney for Plaintiffs