**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, Cal. State Bar No. 152732
P.O. Box 365
Wheaton, Illinois 60187
Telephone: (858) 220-9601
Email: sfagan@sfaganlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY HALL,<br><br>　　Plaintiff,<br><br>v.<br><br>ALPINE WOODS APARTMENTS, INC., a Delaware Corporation, d.b.a., ALPINE WOODS APARTMENTS, PACIFIC WESTERN CORPORATION, a Delaware Corporation, d.b.a., PROPERTY SERVICES,<br><br>　　Defendants. | No. 3:23-cv-00323-AGS-AHB<br><br>JOINT STIPULATION FOR DISMISSAL |

　　Plaintiff Brittany Hall ("Plaintiff") and Defendants Alpine Woods Apartments, Inc., and Pacific Western Corporation (jointly, "Defendants") hereby stipulate pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) to dismiss the above-entitled action against Defendants with prejudice.

| | | |
|---|---|---|
| 1 | Dated: May 26, 2023 | LAW OFFICES OF<br>STUART E. FAGAN |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Stuart E. Fagan<br>Attorney for Plaintiffs |
| 5 | | |
| 6 | Dated: May 17, 2023 | WOOD SMITH HENNING &<br>BERMAN |
| 7 | | |
| 8 | | By: _____ |
| 9 | | J. Paul Lewis<br>Attorneys for Defendants |